

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2022

No. 04-22-00118-CV

**IN THE INTEREST OF A.T., X.T.,L.T**., Children,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02021
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant Mom's brief was due to be filed with this court on April 13, 2022. *See* TEX. R. APP. P. 38.6(a). On the due date, Mom filed a motion for extension of time to file her brief. Mom filed her brief on April 18, 2022. It is accepted as timely. Appellee's brief is now due on May 9, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court